**DISMISS; and Opinion Filed May 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00995-CV**

**IN RE J.C. PENNEY COMPANY, INC., ET AL., Relators**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

**MEMORANDUM OPINION**

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice FitzGerald

On April 18, 2013, this Court informed the parties that this original proceeding would be dismissed unless either party objected within ten days. Neither party has objected or otherwise communicated with this Court regarding the petition for writ of mandamus. Accordingly, we **DISMISS** the petition.

Kerry P. FitzGerald
KERRY P. FITZGERALD
JUSTICE

120995F.P05